**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>　　Gerzine Spense<br><br>　　　　　Debtor(s) | Case No. 12 B 07243 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1) The case was filed on 02/27/2012.

　　2) The plan was confirmed on 05/10/2012.

　　3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/12/2013.

　　4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

　　5) The case was Completed on 05/05/2016.

　　6) Number of months from filing to last payment: 50.

　　7) Number of months case was pending: 55.

　　8) Total value of assets abandoned by court order: NA.

　　9) Total value of assets exempted: NA.

　　10) Amount of unsecured claims discharged without payment: $67,642.21.

　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $15,524.70 |
| Less amount refunded to debtor | $2,073.02 |

**NET RECEIPTS:** $13,451.68

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,505.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $535.63 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,040.63

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Alliance One | Unsecured | 917.00 | NA | NA | 0.00 | 0.00 |
| America OnLine | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 1,104.00 | 1,103.94 | 1,103.94 | 110.39 | 0.00 |
| American InfoSource LP as agent for | Unsecured | NA | 1,417.87 | 1,417.87 | 141.79 | 0.00 |
| Armor Systems Corporation | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| Arrow Financial Services | Unsecured | 2,646.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 209.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 218.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 337.00 | NA | NA | 0.00 | 0.00 |
| Check Into Cash | Unsecured | NA | 54.92 | 54.92 | 5.49 | 0.00 |
| Check Into Cash | Secured | 700.00 | 754.92 | 700.00 | 700.00 | 22.09 |
| Citi Auto | Unsecured | 13,799.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 1,200.00 | 2,130.07 | 2,130.07 | 213.01 | 0.00 |
| College of DuPage | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 427.00 | 706.70 | 706.70 | 70.67 | 0.00 |
| Credit Protection Association | Unsecured | 492.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 59,142.00 | 60,255.29 | 60,255.29 | 6,025.53 | 0.00 |
| Discover Bank | Unsecured | 2,590.00 | 2,590.87 | 2,590.87 | 259.09 | 0.00 |
| District No 91 | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| DuPage County Treasurer | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| GC Services | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| GE Money Bank | Unsecured | 875.00 | NA | NA | 0.00 | 0.00 |
| Geraci Law L.L.C. | Unsecured | 3,400.00 | NA | NA | 0.00 | 0.00 |
| I C Systems Inc | Unsecured | 194.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 8,370.00 | 8,370.00 | 8,370.00 | 837.00 | 0.00 |
| Illinois Insurance Center | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| KCA Financial Services | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| Legacy Billing Services | Unsecured | 13.00 | NA | NA | 0.00 | 0.00 |
| Liberty Mutual Insurance Co | Unsecured | 555.00 | NA | NA | 0.00 | 0.00 |
| Loyola University Chicago | Unsecured | 4,152.00 | NA | NA | 0.00 | 0.00 |
| MCI Telecommunications | Unsecured | 7.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MetLife | Unsecured | 1,232.00 | NA | NA | 0.00 | 0.00 |
| Nco / Inovision-Medclr | Unsecured | 271.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 1,618.00 | 1,632.92 | 1,632.92 | 163.29 | 0.00 |
| North Riverside Police Dept. | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Public Storage | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| Rent A Center | Secured | 1,979.40 | NA | NA | 0.00 | 0.00 |
| Rent A Center | Unsecured | 1,979.40 | NA | NA | 0.00 | 0.00 |
| Rush University Medical Center | Unsecured | 746.00 | NA | NA | 0.00 | 0.00 |
| SBC | Unsecured | 6.00 | NA | NA | 0.00 | 0.00 |
| SKO Brenner American | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Sprint | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| State Farm Mutual | Unsecured | 8,108.97 | 8,626.95 | 8,626.95 | 862.70 | 0.00 |
| TalkAmerica | Unsecured | 183.00 | NA | NA | 0.00 | 0.00 |
| Town of Cicero | Unsecured | 183.00 | NA | NA | 0.00 | 0.00 |
| Transworld System | Unsecured | 257.00 | NA | NA | 0.00 | 0.00 |
| Troll Book Club | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| TRS Recovery Services Inc | Unsecured | 13.00 | NA | NA | 0.00 | 0.00 |
| Village of Broadview | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Village of Brookfield | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Village of Forest Park | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Village of Hinsdale | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Village of Maywood | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Village of North Riverside | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |
| Village of River Forest | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| Village Of Riverside | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Village of Roselle | Unsecured | 2,710.00 | NA | NA | 0.00 | 0.00 |
| Village of Westmont | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| WFNNB/Lane Bryant | Unsecured | 306.00 | NA | NA | 0.00 | 0.00 |
| World Financial Network National Bank | Unsecured | 308.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $700.00 | $700.00 | $22.09 |
| **TOTAL SECURED:** | **$700.00** | **$700.00** | **$22.09** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$86,889.53** | **$8,688.96** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,040.63 |
| Disbursements to Creditors | $9,411.05 |
| **TOTAL DISBURSEMENTS** : | **$13,451.68** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/05/2016     By: /s/ Marilyn O. Marshall
                                                     Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**